RE: **Nathan J. Essenstam & Holly G. Essenstam**     ☐ PRO SE     Case # **14-30246-AJC**

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

   x returns: 201_ _____ Corp 2011  2012 2013
Bank Account Statements _ months pre-petition
**Missing Acct # 3908 (6/9 – 9/9/14)**
_____
_____
___ Check copy _____
✓ FMV (NADA/Carmax) Reg and Payoff: Vehicles
**00 Ford, 13 Honda Motorcycle**
___ FMV and Payoff: Real Estate
_____
___ Non homestead Information Sheet
✓ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
   BDQ & attachments
   Profit and loss and Balance Sheet
   Bank statements and all checks _ ___ months

✓ Photo ID(s)   ☐ LF 90   ☐ LF67   ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of ____ support ____ rent
___ Missing ☐ 2016(B) ☐ Other_____
___ Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
                 ☐ gambling ☐ HAMP ☐ LMM
___ Plan does not fund
___ Calculation errors/improper months _____
✓ Valuation motion   ☑ not filed   ___ not resolved
✓ LMM motion   ☑ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or filed POC
_____
___ Object or Conform to Proof of Claim
   ___ Miami-Dade County   ___ Tax Certificate(DE#___)
   ___ Dept of Revenue   ___ IRS

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
___ co-debtor ___ stubs ___ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof
_____
___ D/I > 100%   < 90%   Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
___ Tolling Agreement(s)

___ **Objection to Exemption** (specifics to be filed)
___ To be heard with confirmation at 1:30 pm
___ Ch 7 s/b _____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
**Amend pkn to provide for Bank of America in cramdown Cnty DE # 198 order #45**
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $____
___ Undervalued collateral should be crammed down

Other: **✓ MMMA**  **100% plan**
**Amend pkn to remove Greentree from cramdown**
**Ist ntc - thru in plan**

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on **February 24, 2015** is as follows:
Continue to 3/17
14-30246
For 3/17 calendar, the following docs must be received by 5PM on 3/2 to avoid dismissal: a) file motion to value and set for hearing, b) file LMM motion, c) amend plan to provide for Bank of America in cramdown, d) amend plan to remove Greentree from cramdown

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402